# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03286-NRN

HOWARD COHAN,

    Plaintiff,

v.

ABABA & COMPANY,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITHOUT PREJUDICE

Plaintiff, through his undersigned counsel, voluntary dismisses this action under Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice.

    Respectfully Submitted,

    BLACKMORE LAW PLC

    */s/ Gloria Y. Saad*
By:  Gloria Y. Saad
     Blackmore Law PLC
     Attorney for Plaintiff
     21411 Civic Center Drive, Suite 200
     Southfield, MI 48076
     P: (248) 845-8594
     E: gsaad@blackmorelawplc.com
     P83131

Dated: February 11, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2020, I filed and served the foregoing NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITHOUT PREJUDICE on all ECF participants via the court's CM/ECF system.

*/s/ Gloria Y. Saad*
Gloria Y. Saad